# Law Offices of Bernard Ouziel

13 Schoolhouse Lane,
Great Neck, New York 11020
T.(516)466-0082

August 14, 2015

Honorable Magistrate Judge Ramon E. Reyes, Jr.
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, NY 1120

> **Re:     Ramesh Sarva, et. al. v. Comerica Bank**
> **CV-15-0219-FLB**
> **Plaintiffs' Status Report Pursuant to this Court's August 6 Minute Entry**

Dear Judge Reyes,

On August 6, 2015, a pre-motion conference was held in the matter referenced above regarding Defendant Comerica Bank's ("Comerica's") letter-motion to compel discovery. Shortly following the conference, the Court issued a minute entry, in part, directing plaintiffs, by August 14, 2015, to file a status report "indicating whether plaintiffs will supplement discovery responses." If plaintiffs do indeed determine that supplemental responses are necessary, the Court directed plaintiff to provide those responses on or before August 26, 2015.

Plaintiffs, Ramesh Sarva and Ramesh Sarva CPA, P.C., hereby notify the Court and all parties that it does intend to provide to Comerica supplemental responses to discovery issues raised in Comerica's pre-motion letter filed on July 24, 2015. Per the Court's minute entry, plaintiffs will provide those responses on or before August 26, 2015.

Respectfully submitted,

/s/ Bernard Ouziel
Bernard Ouziel, Esq.