Bernard Ouziel, Esq.
13 Schoolhouse Lane
Great Neck, NY 11020
P: (516)466-0082

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| RAMESH SARVA, individually ) <br> and on behalf of RAMESH SARVA ) <br> CPA, P.C. ) <br> Plaintiffs, ) <br> ) <br> v. ) <br> ) <br> COMERICA BANK ) <br> ) <br> ) <br> Defendant. ) <br> ) <br> _____ ) | Case No. 15-CV-0219-FLB <br> DEMAND FOR TRIAL BY JURY |

    PLEASE TAKE NOTICE, plaintiffs Ramesh Sarva and Ramesh Sarva CPA, P.C. hereby demand a trial by jury in the above-captioned action of all issues triable by jury.

Dated: Queens, NY
       February 11, 2016

                                        /s/ Bernard Ouziel_____
                                        Bernard Ouziel, Esq.
                                        13 Schoolhouse Lane
                                        Great Neck, NY 11020
                                        P: (516)466-0082