# LAW OFFICES OF BERNARD OUZIEL

13 Schoolhouse Lane,
Great Neck, New York 11020
T:(516)466-0082

May 9, 2016

Honorable Frederic Block
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, NY 11201

      Re:    **Ramesh Sarva, et. al. v. Comerica Bank, as Trustee**
              **CV-15-0219-FB-RER**
              <u>**Report Pursuant to Minute Entry dated May 6, 2016**</u>

Dear Judge Block,

      On May 6, 2016, a pre-motion conference was held in the matter referenced above regarding Defendant Comerica Bank's ("Comerica") letter-motion to dismiss action for plaintiffs' failure to join a necessary party in this action. It was settled that the parties would discuss an agreed upon date whereby each party would simultaneously file their three-page letter briefs on the issue of whether the plan administrator is a necessary party to this action. Shortly following the conference, the Court issued a minute entry directing the parties to file a report keeping the Court apprised of said agreed upon date. Both parties met and conferred on May 9, 2016 and have agreed to simultaneously submit their letter-briefs on May 25, 2016 by 5:00 p.m. (EST).

                                                       Respectfully submitted,

                                                         <u>/s/ Bernard Ouziel</u>