

**BuchalterNemer**
A Professional Law Corporation

55 Second Street, Suite 1700, San Francisco, California 94105-3493
Telephone (415) 227-0900 / Fax (415) 227-0770

File No.: C5732.0019
Direct Dial Number: (415) 227-3655
Email Address: *pbales@buchalter.com*

May 9, 2016

Judge Frederic Block
United States District Court, Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

Re: Ramesh Sarva, *et al.*, Plaintiff v. Comerica Bank, Defendant
Case No. 1:15-CV-00219 FB RER

Dear Judge Block:

On May 6, 2016, at the pre-motion conference for Comerica's proposed motion to dismiss under F.R.C.P. 12(b)(7) for failure to join a required party under Rule 19, the Court requested further briefing as to whether the court-appointed plan administrator is a necessary party. The parties' counsel have conferred and agreed that they will each ECF file their letter briefs, to be no more than 3 pages in length, on or before **May 25, 2016 at 5:00 p.m. EST**.

Respectfully submitted,

BUCHALTER NEMER
A Professional Corporation

By   /s/ Peter H. Bales
     Peter H. Bales

PHB:pb